# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

CLARENCE L DUNSON,

    Plaintiff,

v.                                                 CASE NO. 5:12-cv-00116-MP-EMT

SHARYL CONRAD, DAFFIN, BUDDY KENT, MCKINNEY, MCKINNEY,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 11, entitled "Affidavit of Claims" and Doc. 12, a motion to appoint counsel, and Doc. 13, a motion to proceed in forma pauperis. Upon review, the Court construes the Affidavit of Claims as a motion to reconsider the order and judgment dismissing this case pursuant to the "three strikes rule." Docs. 9 & 10. Nothing in these documents justifies revisiting the dismissal. Accordingly it is hereby

**ORDERED AND ADJUDGED**:

Doc. 11, 12 and 13 are denied.

**DONE AND ORDERED** this _4th_ day of March, 2013

                                                *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge